

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/19/2023

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

January 19, 2023

**Via CM/ECF**
The Honorable Katharine H. Parker
United States District Court
Southern District of New York

    Re:    **Zinnamon v. Bug's Ear, LLC**
              **Case #:  1:22-cv-09121-PAE-KHP**

Dear Judge Parker:

    We represent the plaintiff in the above matter. We write jointly with Defendant Bug's Ear, LLC to respectfully request that the January 30, 2023, Initial Conference for this matter be adjourned, as the parties are attempting to resolve this matter.

    Defendant's answer is not due until March 13, 2023, and this adjournment will not impact any pending due dates.

    We thank Your Honor and the Court for its kind considerations and courtesies.

                                  Respectfully submitted,

                                  *s/ Mark Rozenberg*
                                  Mark Rozenberg, Esq.

---

**APPLICATION GRANTED:** The Initial Case Management Conference scheduled for Monday, January 30, 2023 at 10:00 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is rescheduled to <u>Thursday, April 6, 2023 at 11:00 a.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
01/19/2023