USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
WARREN ZINNAMON, on behalf of himself
and all others similarly situated,

                           Plaintiff,

               -against-

BUGS EAR, LLC,

                          Defendant.
----------------------------------------------------------------X

**22-CV-9121 (PAE) (KHP)**

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    In light of the Notice of Voluntary Dismissal filed on March 15, 2023 (doc. no 10) the Initial Case Management Conference currently scheduled for **April 6, 2023** is hereby adjourned *sine die*.

    **SO ORDERED.**

DATED:    New York, New York
                March 16, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge